CASE LOMBARDI & PETTIT

LISSA H. ANDREWS         3390-0
JASON K. ADANIYA         10366-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813
Telephone:  808.547.5400
Facsimile:  808.523.1888
Email:   landrews@caselombardi.com
Email:   jadaniya@caselombardi.com

Attorneys for Defendant
AVEMCO INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HK HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>AVEMCO INSURANCE COMPANY; JOHN DOES 1-20; JANE DOES 1-20; DOE ENTITIES 1-20; AND DOE INSURANCE ENTITIES 1-20,<br><br>        Defendants. | CIVIL NO.<br>(DECLARATORY RELIEF)<br><br>**DEFENDANT AVEMCO INSURANCE COMPANY'S NOTICE OF REMOVAL OF CIVIL ACTION; DECLARATION OF LISSA ANDREWS EXHIBITS "A" – "D"; CERTIFICATE OF SERVICE** |

**DEFENDANT AVEMCO INSURANCE COMPANY'S
NOTICE OF REMOVAL OF CIVIL ACTION**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAI'I:

PLEASE TAKE NOTICE that Defendant AVEMCO INSURANCE COMPANY ("Defendant") hereby notices removal of this action to the United States District Court for the District of Hawai'i from the Circuit Court of the First Circuit, State of Hawai'i, pursuant to 28 U.S.C. §1441 and §1446. Pursuant to 28 U.S.C. §1332, this Court has subject matter jurisdiction to adjudicate claims where diversity of citizenship exists and the amount in controversy exceeds $75,000.00. The grounds for removal are as follows:

## Timeliness of Removal

1.  On April 21, 2021, Plaintiff HK Holdings, LLC. ("Plaintiff") filed a Complaint captioned *HK Holdings, LLC. v. AVEMCO Insurance Company; John Does 1-20; Jane Does 1-20; Doe Entities 1-20; and Doe Insurance Entities 1-20*, case number 1CCV-21-0000502 against Defendant in the Circuit Court of the First Circuit, State of Hawai'i (the "State Court Action"). *See* Complaint, Exh. "A" hereto.

2.  On April 27, 2021, Defendant was served for the first time with the Summons and Complaint in the State Court Action. *See* Declaration of Lissa Andrews ("Andrews Decl."), ¶ 2.

3. Removal is timely under 28 U.S.C. § 1446(b) in that removal is sought within thirty (30) days after service of the Complaint.

## Venue

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) and 1446(a) because the U.S. District Court for the District of Hawai'i is the federal judicial district encompassing the Circuit Court of the First Circuit, State of Hawai'i where the State Court Action was originally filed. *See* 28 U.S.C. § 84(c)(3).

## Subject Matter Jurisdiction

5. The Complaint is a civil action over which this Court has jurisdiction under the provisions of 28 U.S.C. § 1332, and which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), on diversity of citizenship in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, as set forth more fully below.

### There is Complete Diversity of Citizenship

6. Defendant AVEMCO Insurance Company is, and at all relevant times was, a corporation organized and existing under the laws of the State of Maryland with its principal place of business in Frederick, Maryland. *See* Complaint, Exh. "A" hereto at ¶ 2.

7. Plaintiff HK Holdings, LLC is a limited liability company organized and existing under Hawai'i law with its principal place of business in Honolulu, Hawai'i. *See* Andrews Decl., ¶ 4, Exh. "B." The members of HK Holdings, LLC are Gold Mega International, Ltd. ("Gold Mega") and Smartpro Holdings, LLC ("Smartpro"). *Id*. Gold Mega is a foreign corporation organized and existing under Hong Kong law, with its principal place of business in Hong Kong. *Id*. at ¶ 5, Exh. "C". Smartpro is a limited liability company organized and existing under Hawai'i law with its principal place of business in Honolulu, Hawai'i. *Id*. at ¶ 6, Exh. "D". Wai Tung Kwok is the sole member of Smartpro and is a resident of Hawai'i. *Id*. Accordingly, for diversity jurisdiction purposes, HK Holdings, LLC is a citizen of Hawai'i and Hong Kong.

8. There is complete diversity of citizenship between HK Holdings, which is a citizen of Hawai'i and Hong Kong, and AVEMCO, which is a citizen of Maryland.

### Amount in Controversy

9. The amount in controversy in this action exceeds the sum of $75,000, exclusive of interest and costs.

10. The Complaint in this action seeks a declaration that AVEMCO is obligated to defend and indemnify HK Holdings under Employment Practices

Liability Insurance Policy No. A20-E905607 issued to HK Holdings for the January 7, 2020 to January 7, 2021 Policy Period (the "Policy") in connection with the underlying lawsuit captioned *David Moskowitz v. Alan H. Ho, et al.*, Civil No. 1CCV-20-0000254 (Circuit Court of the First Circuit, State of Hawai'i). *See* Complaint, Exh. "A" hereto, ¶¶ 1, 12, Prayer for Relief, ¶¶ A-B.  The Policy has a $500,000 Each Claim limit and $500,000 Total Policy Limit for all Claims.  *See*, Exh. "A" to Complaint.   The Complaint in this action seeks an order that Defendant is required to pay Plaintiff benefits under the Policy up to the $500,000 Policy limit. *See* Complaint, Exh. "A" hereto at Prayer for Relief, ¶ A.

11. The underlying *Moskowitz* Action is a class action lawsuit brought on behalf of "well over 50 servers, bartenders, and other employees of Defendants" with a class period extending back six years from the date the lawsuit was filed. *See* Exh. "F" to the Complaint at ¶¶ 8-9.  The *Moskowitz* Action alleges that HK Holdings charged a "service charge" or "gratuity" to restaurant customers but, rather than paying the entirety of that charge to the employees who served food and beverages, HK Holdings retained a portion of those charges without disclosing that fact to customers, in violation of Hawai'i law.  *Id*. at ¶¶ 19-20.  The *Moskowitz* Action seeks compensatory damages, costs and attorneys' fees, prejudgment interest, and treble damages, among other relief.  *Id*. at Prayer for relief.

5

12. Plaintiff also seeks to recover its attorneys' fees in this action. *See* Complaint, Exh. "A" hereto at Prayer for Relief, ¶ E. Such damages are also potentially recoverable and are therefore included in the amount in controversy calculation. *See* Haw. Rev. Stat. Ann. § 431:10-242; *Brugman v. Fid. Nat. Title Ins. Co.*, No. CV 10 00521 JMS KSC, 2010 WL 5558908, at *2 (D. Haw. Dec. 10, 2010), *report and recommendation adopted*, No. CIV. 10-00521 JMS, 2011 WL 63597 (D. Haw. Jan. 4, 2011) ("To determine the amount in controversy, this Court must consider attorneys' fees 'where an underlying statute authorizes an award of attorneys' fees, either with mandatory or discretionary language.'").

13. Based on the above facts, including the $500,000 Policy limit and Plaintiff's Prayer for an order that Defendant is required to pay benefits under the Policy up to that limit, the class size, class period, and prayer for treble damages and attorneys' fees in the *Moskowitz* Action, and the prayer for attorneys' fees in this action, it is apparent that the amount in controversy in this matter exceeds $75,000, exclusive of interest and costs.

## Process

14. True and correct copies of the following documents are attached to this Notice of Removal:

**Exhibit A**: Summons and Complaint

555/807/3570928.1

**Exhibit B**:  business search results for HK Holdings, LLC from the Hawaii Secretary of State's website

**Exhibit C**:  business search results for Gold Mega International Limited from the Hawaii Secretary of State's website

**Exhibit D**:  business search results for Smartpro Holdings, LLC from the Hawaii Secretary of State's website

15. Written notice of the filing of this Notice of Removal has been given to all adverse parties and a copy has been filed with the Clerk of the Circuit Court of the First Circuit, State of Hawai'i, in accordance with the provisions of 28 U.S.C. § 1446(d).

DATED:  Honolulu, Hawai'i, May 17, 2021.

*/s/ Lissa H. Andrews*
LISSA H. ANDREWS
JASON K. ADANIYA
Attorneys for Defendant
AVEMCO INSURANCE COMPANY